In the Matter of the Claim of JOSEPHINE CONCILLA, Respondent, against SCRUFARI CONSTRUCTION COMPANY, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted October 14, 1949; decided November 17, 1949.

*Clarence B. Tippett* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Theodore M. Schwartz, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.